**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

| | |
|---|---|
| Appellate case name: | Mattie Jones, individually and as representative of the Estate of Albin Jones, deceased v. Harris County, Phillips Edison Grocery Center Operating Partnership I, L. P., and Virgata Property Company, LLC |
| Appellate case number: | 01-20-00700-CV |
| Trial court case number: | 2020-48838 |
| Trial court: | 164th District Court of Harris County |

On April 19, 2022, during oral argument in the above-referenced appeal, the Court ordered that the parties provide supplemental briefing of no more than 3000 words on the issue of whether the provisions of the Texas Human Resources Code cited by appellee Harris County deprive the courts of subject-matter jurisdiction over this dispute. *See* TEX. HUM. RES. CODE § 121.004. The Court ordered that Harris County's supplemental brief was due within seven days of the oral argument, and that appellant Mattie Jones's response was due seven days after the filing of Harris County's supplemental brief.

The Court would also like the parties to identify in their supplemental briefing any place in the appellate record where there is an indication that (1) sidewalks were present at the subject intersection or (2) Alvin Jones entered the crosswalk at the subject intersection from a sidewalk and was attempting to exit the crosswalk to another sidewalk without a curb ramp.

It is so ORDERED.

Judge's signature: /s Amparo Guerra
                     Acting for the Court

Date: April 20, 2022

Panel consists of Justices Kelly, Goodman, and Guerra.